## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DONTRAVIAN ROGERS**                                                          **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:24-cv-00019-RPM**

**UNKNOWN DEFENDANT, et al.**                                        **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference, and pursuant to the requirement of a separate Final Judgment under Federal Rule of Civil Procedure 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [66] for Summary Judgment filed by Defendants Linda Hardin, Michael Crawford, and Belinda Miller is **GRANTED**. Plaintiff Dontravian Rogers' due-process claim against the Correctional Defendants is **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Unknown Defendant are **DISMISSED WITHOUT PREJUDICE.**

This case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 31st day of July, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE